No. 11–8669. CHARROS *v.* MASSACHUSETTS. App. Ct. Mass.;

No. 11–8695. HAYWOOD *v.* NORTHROP GRUMMAN SHIPBUILDING, INC., ET AL. C. A. 4th Cir.;

No. 11–8802. AKAOMA *v.* SUPERSHUTTLE INTERNATIONAL CORP. ET AL. C. A. 4th Cir.;

No. 11–8896. LEAVITT v. SAN JACINTO UNIFIED SCHOOL DISTRICT. Ct. App. Cal., 4th App. Dist., Div. 2;

No. 11–9080. ZACK v. UNITED STATES. C. A. 6th Cir.;

No. 11–9228. HARRIS v. UNITED STATES. C. A. 6th Cir.;

No. 11–9289. PHILLIPS v. UNITED STATES. C. A. 10th Cir.; and

No. 11–9325. CHAFFO v. UNITED STATES. C. A. 3d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 7, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.